# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## PETITION FOR REVIEW/NOTICE OF APPEAL

Notice is hereby given that the petitioner(s)/appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Originating Tribunal *(Name of Agency, Board, Commission, Office, Bureau, or Court whose decision is being appealed)*:    DHS/CBP Merit Systems Protection Board

Case number being appealed:    DA-0752-17-0073-I-1AKA DA-0432-17-0073-I-1

Case title being appealed:    Karla P. Benton v. Department of Homeland Security

Date of final decision or order being appealed:    01/08/2025

Date decision or order was received:    01/13/2025

☒ I have attached a copy of the decision or order being appealed.

**List all Petitioners/Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Sole Petitioner/Appellant Karla P. Benton

Date: 03/05/2025

Signature: Karla P Benton

Name: Karla Patrice Benton

Address: 300 Hickory Hollow Place Apt #193

Antioch, Tennessee 37013

Phone Number: 412-565-9610

Email Address: klassykay40@yahoo.com